LAURA SOLOMON, Appellant and Respondent, *v.* CHARLES SOLOMON, Respondent and Appellant.

Argued November 28, 1939; decided December 28, 1939.

*Edward Vogel* and *J. Alvin Van Bergh* for plaintiff, appellant and respondent.

*Otho S. Bowling* and *Robert H. Elder* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.